**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHELLE CANALES ) | CIVIL ACTION NO. |
|     Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | |
| HECTOR RANDY CLERGYMAN AND ) | |
| FEDEX CUSTOM CRITICAL, INC. ) | |
|     Defendants. ) | MARCH 17, 2020 |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

PLEASE TAKE NOTICE that the defendants, Hector Randy Clergyman ("Clergyman") and Fedex Custom Critical, Inc. ("FCC"), by and through its counsel, Halloran & Sage LLP, hereby removes this civil action pending in the State of Connecticut Superior Court, District of Danbury, pursuant to 28 U.S.C. §§ 1441 and 1446, as amended, and in accordance with 28 U.S.C. § 1332, as amended, on the following grounds:

1. The District Court has jurisdiction in the above-captioned matter pursuant to 28 U.S.C. § 1332(a)(1) in that the matter is between citizens of different states and the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1332 and 1441.

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN
SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

2.      On March 3, 2020, the Plaintiff, Michelle Canales (the "Plaintiff"), a resident of Bethel, Connecticut, filed a lawsuit entitled <u>Michelle Canales v. Hector Randy Clergyman, et al.</u> (the "State Court Action") with the Clerk of the Court for the Connecticut Superior Court, District of Danbury. (A true and accurate copy of the Summons and Complaint is annexed hereto as Exhibit A).

3.      The Plaintiff resides at 32 Pleasant Street in Bethel, Connecticut. (Exhibit A). Accordingly, the Plaintiff is a citizen of Connecticut for the purposes of determining diversity jurisdiction. <u>See</u> <u>McCann v. Newman Irrevocable Trust</u>, 458 F.3d 281, 286 (3d Cir. 2006) (for purposes of diversity jurisdiction, "[c]itizenship is synonymous with domicile…").

4.      The Defendant, Hector Randy Clergyman, resides at 1100 Harrison Street in Westlake, Louisiana. (Exhibit A). Accordingly, Clergyman is a citizen of Louisiana for purposes of determining diversity jurisdiction. <u>See</u> <u>McCann</u>, 458 F.3d at 286 (for purposes of diversity jurisdiction, "[c]itizenship is synonymous with domicile…").

5.      FCC is an Ohio corporation with a principal place of business headquartered at 1475 Boettler Road in Uniontown, Ohio. (Exhibit A). Accordingly, FCC is a citizen of Ohio. 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.").

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN
SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

6.  FCC was served with the Complaint on January 14, 2020, via the Connecticut Corporation System, the registered agent for service for FCC. The Complaint was also mailed to FCC on January 14, 2020.

7.  Clergyman was served with the Complaint on January 14, 2020, via the Commissioner of Motor Vehicles for the State of Connecticut. The Complaint was also mailed to Clergyman on January 14, 2020.

8.  The Complaint has a return date of March 10, 2020 and was filed with the Clerk of the Court for the Connecticut Superior Court, District of Danbury on March 3, 2020.

9.  The Plaintiff's Complaint alleges negligence as to both Clergyman and FCC. The factual predicate of these claims, as pled in the Plaintiff's Complaint, is that on February 12, 2018, at approximately 9:15 p.m., the Plaintiff was operating a vehicle on Interstate 84 eastbound in Southbury, Connecticut. It is also alleged that at the same time and place, Clergyman was operating a vehicle eastbound on Interstate 84 that collided with the Plaintiff's vehicle.

10. The Plaintiff alleges that the negligence of Clergyman caused the collision between the vehicles and that as a result of his alleged negligence, the Plaintiff sustained personal injuries and damages.

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN
SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

…

11.     The Plaintiff's alleged injuries include, but are not limited to: migraines, photophobia, post-concussive syndrome, disc bulges at C3-C4 and C4-C5, disc herniations at C5-C6 and C6-C7, back pain, chest pain, a tear of the infraspinatus tendon of the left shoulder, a tear of the coracohumeral ligament of the left shoulder, left arm pain with numbness and tingling, right shoulder and right arm pain with numbness and tingling, right hip pain, right leg pain, and mental and physical pain and suffering.

12.     The Plaintiff also alleges that at the time of the subject accident, Clergyman was operating a vehicle owned by FCC with its permission and as its agent, servant and/or employee. The Plaintiff further alleges that FCC is liable to the Plaintiff pursuant to Connecticut General Statutes § 52-182 and/or § 52-183.

13.     Based upon the foregoing claims, the Complaint seeks monetary damages.

14.     This Notice of Removal is timely under 28 U.S.C. § 1446(b), because the Defendants filed this Notice of Removal within 30 days of the filing of the Plaintiff's lawsuit and it has otherwise complied with all requirements of 28 U.S.C. §1446. See Homer v. GMAC Mortgage, LLC, 2011 WL 3859719, Civil No. 3:10cv1937 (JBA) (Aug. 31, 2011) (removal of a matter is timely pursuant to 28 U.S.C. §1446(b) where it is filed more than thirty days after the defendant was served, but within thirty days of when the plaintiff actually files the complaint in state court).

- 4 -

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN
SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

15.  The United States District Court for the District of Connecticut embraces the locality in which the State Court Action is now pending and thus, this Court is a proper forum for this action pursuant to 28 U.S.C. § 1441(a).

16.  No previous application is known to have been made for the relief requested herein.

WHEREFORE, the Defendants, Hector Randy Clergyman and Fedex Custom Critical, Inc., respectfully remove this action from the Connecticut Superior Court, District of Danbury, to this Court pursuant to 28 U.S.C. §§ 1332 and 1441.

        DEFENDANTS,

        HECTOR RANDY CLERGYMAN &
        FEDEX CUSTOM CRITICAL, INC.,

        By */s/Rachel J. Fain*
           Rachel J. Fain of
           HALLORAN & SAGE LLP
           225 Asylum Street
           Hartford, CT 06103
           Fed. Bar #ct 29620
           Phone: 860 297-4622
           Fax: 860-548-0006
           fain@halloransage.com
           Its Attorneys

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 17th day of March, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Matthew D. Newman, Esq.
Ventura Law
235 Main Street
Danbury, CT 06810

/s/*Rachel J. Fain*
Rachel J. Fain

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105