# EXHIBIT A

- 7 -

6372635v.1
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN
SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

## SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 146 White Street, Danbury, CT 06810 | ( 203 ) 207-8600 | March 10, 2020 |

| ☒ Judicial District   ☐ G.A. Number: ☐ Housing Session | At *(Town in which writ is returnable)* *(C.G.S. §§ 51-346, 51-349)* Danbury | Case type code *(See list on page 2)* Major: V    Minor: 01 |
|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Ventura Law, 235 Main Street, Danbury, CT 06810 | 414924 |

| Telephone number *(with area code)* ( 203 ) 800-8000 | Signature of Plaintiff *(If self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* matthew@venturalaw.com |
|---|---|

Number of Plaintiffs: 1    Number of Defendants: 2    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: **CANALES, Michelle** Address: **32 Pleasant Street, Bethel, CT 06801** | P-01 |
| Additional Plaintiff | Name: Address: | P-02 |
| First Defendant | Name: **CLERGYMAN, Hector Randy, 1100 Harrison Street, Westlake, LA, 70669** Address: **c/o Connecticut Commissioner of Motor Vehicles, 60 State Street, Wethersfield, CT 06161** | D-01 |
| Additional Defendant | Name: **FEDEX CUSTOM CRITICAL, 1475 Boettler Road, Uniontown, OH 44685** Address: **c/o Agent, CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108-3408** | D-02 |
| Additional Defendant | Name: Address: Inc. | D-03 |
| Additional Defendant | Name: Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left **Matthew D. Newman, Esq.** | Date signed **01/10/2020** |
|---|---|---|---|

| If this Summons is signed by a Clerk: a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | For Court Use Only File Date |
|---|---|

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: MARCH 10, 2020 | : SUPERIOR COURT |
| MICHELLE CANALES | : JUDICIAL DISTRICT OF DANBURY |
| V. | : AT DANBURY |
| HECTOR RANDY CLERGYMAN, ET AL. | : JANUARY 10, 2020 |

**COMPLAINT**

**FIRST COUNT: By plaintiff, MICHELLE CANALES, as to defendant, HECTOR RANDY CLERGYMAN**

1. On February 12, 2018, at approximately 9:15 p.m., the plaintiff, **MICHELLE CANALES**, was the operator of a motor vehicle traveling eastbound in the southernmost lane on Interstate 84 (hereinafter known as "I84") a public street or highway in Southbury, Connecticut.

2. At the same time and place, the defendant, **HECTOR RANDY CLERGYMAN**, was the operator of a motor vehicle traveling eastbound in the northernmost lane of I84.

3. At the same time and place, the motor vehicle operated by the defendant, **HECTOR RANDY CLERGYMAN**, suddenly and without warning turned right across the southernmost lane of I84 and collided with the motor vehicle operated by the plaintiff, thereby causing the plaintiff, **MICHELLE CANALES**, to suffer the injuries and losses set forth more fully below.

4. The collision was caused by the defendant's negligence in one or more of the following ways, in that he:

    a. failed to keep a reasonable and proper lookout for other vehicles on the road;

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

b. failed to turn or swerve to avoid the collision;

c. failed to apply the brakes in time to avoid the collision;

d. failed to sound the horn or give a timely warning of the impending collision;

e. failed to keep the vehicle under proper control;

f. was inattentive in the operation of the vehicle;

g. operated the vehicle at a rate of speed greater than is reasonable, having due regard to the width, traffic, and use of the highway, road or parking area, the intersection of streets and weather conditions, in violation of §14-218a of the Connecticut General Statutes;

h. failed to yield the right of way to the plaintiff, in violation of §14-299 (b)(1) of the Connecticut General Statutes.

i. failed to pass the plaintiff's vehicle to the right and failed to give the plaintiff at least one half of the main traveled portion of the highway as nearly as possible in violation of §14-231 of the Connecticut General Statutes;

j. failed to drive the vehicle as nearly as practicable entirely within a single lane and moved the vehicle from such lane before ascertaining that such movement could be made with safety, in violation of §14-236(1) of the Connecticut General Statutes;

k. turned the vehicle when such movement could not be made with reasonable safety in violation of §14-242(a) of the Connecticut General Statutes; and/or

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

    l.    failed to yield the right of way to the plaintiff's vehicle in violation of §14-242(e) of the Connecticut General Statutes.

5.    As a result of the defendant's negligence, the plaintiff, **MICHELLE CANALES**, suffered the following injuries, some or all of which may be permanent in nature:

    a.  Headaches;

    b.  Suboccipital nerve headaches;

    c.  Head pain;

    d.  Migraines;

    e.  Photophobia;

    f.  Cognition difficulty;

    g.  Lightheadedness;

    h.  Nausea;

    i.  Vomiting;

    j.  Dizziness;

    k.  Post-concussive syndrome;

    l.  Neck pain;

    m.  Strain/sprain of the Cervical area of her spine with associated pain and discomfort;

    n.  C3-C4 disc bulge;

    o.  C4-C5 disc bulge;

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

p. C5-C6 disc herniation;

q. C6-C7 disc herniation;

r. Cervical myofascial pain syndrome;

s. Upper back pain;

t. Mid back pain;

u. Strain/sprain of the Thoracic area of her spine with associated pain and discomfort;

v. Low back pain;

w. Strain/sprain of the lumbar area of her spine with associated pain and discomfort;

x. Chest pain;

y. Left shoulder pain with associated numbness and tingling;

z. Tear of the infraspinatus tendon of the left shoulder;

aa. Left shoulder edema;

bb. Tear of the coracohumeral ligament of the left shoulder;

cc. Left arm pain with associated numbness and tingling;

dd. Left hand weakness;

ee. Right shoulder pain with associated numbness and tingling;

ff. Right arm pain with associated numbness and tingling;

gg. Right hip pain;

hh. Right leg pain;

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

ii. Insomnia;

jj. Disturbed sleep; and

kk. Pain and suffering, both mental and physical.

6. As a result of the defendant's negligence, the plaintiff, **MICHELLE CANALES**, was forced to expend large sums of money for hospital and medical care, medicines, diagnostic tests and therapy, all necessary to her recovery, and may be forced to expend additional sums in the future.

7. As a result of the defendant's negligence, the plaintiff, **MICHELLE CANALES**, was unable, and remains unable, to participate in and enjoy her usual activities.

**SECOND COUNT: By plaintiff, MICHELLE CANALES, as to defendant, FEDEX CUSTOM CRITICAL, INC.**

1.-7. Paragraphs 1 through 7 of the First Count are hereby incorporated as corresponding paragraphs 1 through 7 of this Second Count.

8. At all times mentioned herein, **HECTOR RANDY CLERGYMAN** was operating the motor vehicle owned by the defendant, **FEDEX CUSTOM CRITICAL, INC.**, with its permission.

9. At all times mentioned herein, **HECTOR RANDY CLERGYMAN** was operating the motor vehicle owned by the defendant, **FEDEX CUSTOM CRITICAL, INC.**, as its agent, servant and/or an employee.

10. The defendant, **FEDEX CUSTOM CRITICAL, INC.**, is liable to the plaintiff, **MICHELLE CANALES**, pursuant to the Conn. Gen. Stat. §52-182 and/or §52-183.

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

WHEREFORE, the plaintiff claims:

1.  Monetary damages as to all counts

                              THE PLAINTIFF,

                              By _____
                              Matthew D. Newman
                              Ventura Law
                              235 Main Street
                              Danbury, CT 06810
                              (203) 800-8000/Juris #414924

TO THE CLERK OF THE COURT:
Please enter our appearance
on behalf of the Plaintiff:
Ventura Law
235 Main Street
Danbury, CT 06810
(203) 800-8000/Juris #414924

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

| | |
|---|---|
| RETURN DATE: MARCH 10, 2020 | : SUPERIOR COURT |
| MICHELLE CANALES | : JUDICIAL DISTRICT OF DANBURY |
| V. | : AT DANBURY |
| HECTOR RANDY CLERGYMAN, ET AL. | : JANUARY 10, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand in the above-captioned matter is not less than **FIFTEEN THOUSAND ($15,000.00) DOLLARS**, exclusive of interest and costs.

THE PLAINTIFF,

By _____
Matthew D. Newman
Ventura Law
235 Main Street
Danbury, CT 06810
(203) 800-8000/Juris #414924

7